1  Kammi Mencke Smith, WSBA No. 34911
2  WINSTON & CASHATT
   601 W. Riverside, Ste. 1900
3  Spokane, Washington 99201
   Telephone: (509) 838-6131
4  Facsimile: (509) 838-1416

5
   Janet S. Chung, WSBA No. 28535
6  LEGAL VOICE
   907 Pine Street, Suite 500
7  Seattle, Washington 98101
   Telephone: (206) 682-9552
8  Facsimile: (206) 682-9556

9
10 Attorneys for Plaintiff

11

12             UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF WASHINGTON
13

14 NORMA MAXWELL,

15
                              Plaintiff,    No. CV-09-173-RMP
16

17    vs.                                   DECLARATION OF KAMMI M.
                                            SMITH
18 VIRTUAL EDUCATION SOFTWARE,
   INC., a Nevada corporation,
19

20                           Defendant.

21       I, Kammi M. Smith, certify under penalty of perjury under the laws of the

22
   State of Washington, that the following is true and correct:
23

24

DECLARATION OF KAMMI M. SMITH
PAGE 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

1.  I am one of the attorneys of record for Plaintiff in this matter.

2.  Attached as Exhibit A are true and correct excerpts from the deposition transcript of Jane A. Halpert, Ph.D.

3.  Attached as Exhibit B is a true and correct copy of the Curriculum Vitae of Jane a. Halpert, Ph.D.

DATED this 2nd day of July, 2010 and Spokane, Washington.

_____
KAMMI M. SMITH

DECLARATION OF KAMMI M. SMITH
PAGE 2

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

1      I hereby certify that on July 7, 2010, I electronically filed the foregoing with

2  the Clerk of the Court using the CM/ECF System which will send notification of

3  such filing to the following:

4

5  Sarah N. Turner
   Gordon & Rees, LLP

6

7  Attorney for Defendant

8  David W. Silke
   Gordon & Rees, LLP

9

10  Attorney for Defendant

11

12

13                              s/Kammi Mencke Smith, WSBA No. 34911
                                WINSTON & CASHATT
14                              Attorney for Plaintiff
                                601 W. Riverside, Ste. 1900
15                              Spokane, WA 99201
                                (509) 838-6131
16                              Facsimile:  (509) 838-1416
                                E-mail Address:  kms@winstoncashatt.com
17

18

19

20

21

22

23

24

DECLARATION OF KAMMI M. SMITH
PAGE 3

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

JANE HALPERT, Ph.D.; June 9, 2010                           1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

AT SPOKANE

_____

NORMA MAXWELL,                    )
                                  )
        Plaintiff,                )
                                  )
        vs.                       ) No. CV-09-173-RMP
                                  )
VIRTUAL EDUCATION SOFTWARE,       )
INC., a Nevada corporation,       )
                                  )
        Defendant.                )
_____

DEPOSITION UPON ORAL EXAMINATION

OF

JANE A. HALPERT, Ph.D.

_____

9:50 A.M.

JUNE 9, 2010

701 FIFTH AVENUE, SUITE 2100

SEATTLE, WASHINGTON

REPORTED BY: CHERYL L. O'HALECK, CCR No. 2226



EXHIBIT

A

1       Q.    And what documents have you reviewed?

2       A.    There were e-mails, as I said, there were

3    depositions.  There was, as I recall, some official

4    paperwork from the personnel files of the company.  I'm

5    not sure what all else was in there.  Mostly, I focused

6    on the e-mails and the depositions.

7       Q.    Did you review Ms. Maxwell's medical records?

8       A.    No.  If they were in there, I would have

9    skipped over them.  But I don't whether they were there

10   or not.

11      Q.    Why would you have skipped over the medical

12   records?

13      A.    Two reasons.  One is that what I was asked to

14   do was talk about the psychological processes

15   surrounding stereotyping, particularly in the

16   circumstances relevant to this case.  And looking at an

17   individual's medical records, I would not have seen any

18   way in which that was relevant to talking about general

19   psychological processes.

20           The other reason I would have skipped over

21   them is that I'm not a doctor, I'm not an M.D., and

22   there is -- I don't have the ability to really interpret

23   or make judgments about somebody's medical records.

24   That's not what I'm trained in.

25      Q.    What college did you attend?

5

1    They're not exhaustive.

2         Q.    And through your studies and your research and

3    your many years in this area, would it be fair to

4    characterize that you have an emphasis on pregnancy and

5    women in the workplace?

6         A.    It's one of my major research areas.

7         Q.    And how did that come to be?

8         A.    I sort of fell into it a number of years ago

9    when a friend was pregnant and said -- said to me that

10   in her perception, she was being treated differently at

11   work since becoming pregnant.  And I thought about that

12   and thought about it, and thought, A, I wonder if that's

13   really true and, B, if it is, does it go beyond this one

14   person and this one situation, is this a more general

15   problem?

16              I went out and looked in the literature.  And

17   at the time, there was virtually nothing out there about

18   this.  Almost nobody had done any work on it at all.

19   And so I couldn't find -- I couldn't find an answer to

20   that question in the literature, and so I started doing

21   research on this to see if I could find an answer.  Is

22   this an issue in workplaces?  And if so, what kind of an

23   issue is it?  How does it play out?  What are the things

24   that might drive it?  What are the possible

25   consequences?

JANE HALPERT, Ph.D.; June 9, 2010

1    back and forth.  That's really not helpful.  That

2    becomes, for my purposes, becomes anecdotal and really

3    isn't particularly useful in what I'm doing.

4           So no, I have never spoken to Ms. Maxwell,

5    I've never met her.

6       Q.   So is it fair to say that, in general, it's

7    your opinion that Ms. Maxwell faced some stereotyping?

8       A.   In my opinion, there could have been

9    stereotyping going on.  Whether there was or there was

10   not, I wasn't there.  I'm not inside people's brains.  I

11   can't render an opinion on that.

12      Q.   Is this a similar situation as with when, back

13   in the 90s when the plaintiff's counsel called you and

14   asked you whether or not it was your opinion there was

15   discrimination, and I believe you testified that you

16   weren't there, you needed to be there to observe, isn't

17   that the same situation here?

18      A.   Not -- not quite.  It is similar in the sense

19   of there are certain things I cannot say, not being a

20   direct witness to the events that took place, and also

21   not being legally trained, that I cannot render a

22   judgment.  That's not my area of expertise.

23          It is also different in my -- again, my

24   memory, admittedly vague, of those couple of cases back

25   in the 90s was that those were more -- I was being

1    have played a role in that specific situation."

2           And again on page 24, in the first full

3    paragraph you state that, "other employees who hold

4    those stereotypes may find that their (inaccurate)

5    perceptions...."

6           Did I read that correctly?

7    A.    Yes.

8    Q.    And then on page 25, you don't say "may," but

9    in the last paragraph you say "could well have been

10   operating."

11          So "may" and "could have been," in your mind,

12   does that mean possibly?  Probably?  How do you define

13   those characteristics of "may" and "could have been"?

14          MS. SMITH:  I'm going to object to the form of

15   the question in that it's vague.

16          But go ahead and answer.

17   A.    Okay.  When someone is, as I am, used to

18   writing scientific reports, the reality of research, and

19   this just comes from the statistics and the way the

20   numbers work, everything is based on probability, which

21   means you never say that something is this, you never

22   use the word prove, you never say I know this for a

23   fact, unless you are 100 percent sure.  And the fact is

24   in the real world, we're almost never 100 percent sure

25   of something.  There are always possibilities that it

1    may have been otherwise.

2            And so when I say things like "may" or "could

3    have been," I'm allowing for the possibility -- well,

4    I'm doing a couple of things.  I'm allowing for the

5    possibility that it could have been otherwise, I'm

6    acknowledging that, once again, I wasn't there.

7    However, the fact that I am mentioning these things says

8    that, in my opinion, there is a substantial probability

9    that this may be the case.

10            If I did not think that was true, that it

11   could well have been the case, I would not have put it

12   in here.

13       Q.   And in writing this report, you testified that

14   you reviewed many documents, including deposition

15   transcripts.  And when you were reviewing the documents

16   to determine whether or not there was stereotyping, were

17   there times when you saw conflicting statements,

18   conflicting evidence?

19       A.   I saw clearly that there was not -- if I look

20   at the four people I mentioned whose depositions I

21   reviewed, there were discrepancies among the four, there

22   were discrepancies in places I recall between

23   Ms. Maxwell's statements and the other three.  There

24   also seemed to be, as I remember, some discrepancies

25   among the other three.

1           So I did -- yes, I guess the answer to that is

2      yes, I saw discrepancies.

3           Q.   And when you saw discrepancies, how did you

4      weigh that in your mind coming to a conclusion?  How did

5      you weigh that?

6           A.   I took what people said at face value,

7      understanding that where there are discrepancies, that

8      may mean that not all statements were necessarily

9      factual descriptions of what actually happened.  I am

10     not in a position to determine which of those

11     conflicting statements is the objectively correct one

12     and which others are not.

13          Once again, I -- in the world, rarely does all

14     the evidence point unanimously in one direction.  For

15     every 20 doctors who say smoking causes lung cancer, you

16     are going to find one person out there that says no, it

17     doesn't.

18          So you look at the preponderance of what's

19     going on.  You tend to look at overall trends or

20     consistencies.  You look for ways to explain

21     inconsistencies; is there anything you can see that

22     would explain why this person and this person said

23     different things.

24          The psychological term we use is Gestalt,

25     okay?  G-E-S-T-A-L-T, Gestalt, which is sort of an

10

1  overall picture of what's going on here.  You try to

2  form a Gestalt of what's happening, understanding that

3  the -- that what you see is, like I said, not always

4  going to uniformally and clearly point in one direction.

5      Q.   So after reviewing the record and writing this

6  report, can you conclude in your expert opinion that,

7  more likely than not, that stereotyping occurred?

8      A.   I would say yes, I saw things that would be

9  very consistent with the existence of stereotyping; that

10 is, if stereotyping was going on, this would be an

11 expected result of it.  And I would look for would I

12 expect to see this sort of outcome if there was no

13 stereotyping going on?

14         And from the things I cited, I did so because

15 I said, you know, this is very consistent with

16 stereotyping.  It is not something I would expect if

17 there was no stereotyping.  Therefore, in my opinion, it

18 points to a substantial level of probability that there

19 was stereotyping occurring.

20         I can't say 100 percent that it was, I can't

21 say 100 percent that it wasn't.

22     Q.   So on page four of your report, you have the

23 "Definition of Stereotyping."

24     A.   Yes.

25     Q.   And am I reading that correctly when it says,

1    all surprised.  The question is was she?

2         Q.    And did you review the testimony that gave

3    examples of the behavior she was displaying when she

4    returned from her leave?

5         A.    My memory is that what was construed as

6    hostile and combative was her asking questions about the

7    decision to deny her request and attempting to provide

8    additional information to support her request.

9         Q.    And do you remember seeing any other examples

10   of her behavior?

11        A.    The only other thing I recall, and you were

12   the one who pointed it out, that it was from this time

13   period, was the complaints by other employees about her

14   not answering phones.

15        Q.    From your experience working with

16   organizations and individuals and teaching students, is

17   it your opinion that there is an understanding of what

18   stereotyping is?

19             MS. SMITH:  Objection to whose understanding.

20             Go ahead.

21        A.    That would be my question, also.  An

22   understanding by whom?

23        Q.    (BY MS. TURNER:)  The individuals that you

24   consult with in these organizations, the employers, the

25   students you teach when you have your classes on

12

1    stereotyping and social behaviors, is it your opinion

2    that, in general, individuals understand the term

3    "stereotyping"?

4        A.    I think most individuals recognize the word

5    and have a general, very general understanding of what

6    it's about, usually tied to concepts of bias and

7    prejudice.

8            I think most people -- most people's

9    understanding is not particularly nuanced and does not

10   include information on what are -- what are the

11   cognitive functions that underlie stereotyping, what are

12   the conditions within it's more or less likely to

13   happen, what kinds of people are likely to be

14   stereotyped, and what are the consequences of

15   stereotyping.  Those details I think are not generally

16   out there.

17           MS. TURNER:  I'm just about done.  I have some

18   follow-ups that I'm going to have to trace back.  Just

19   give me a couple of seconds.  In fact, give me two

20   minutes.

21           (Recess.)

22       Q.    (BY MS. TURNER:)  So after reviewing all the

23   documents and writing this report, in your opinion, was

24   there discrimination in this case?

25           MS. SMITH:  Objection.  Discrimination calls

13

1    for a legal conclusion.

2            But go ahead.

3        A.    I have no idea.  Again, it's a legal question.

4    I will say when stereotyping is happening that

5    discrimination is a possible outcome of that.  I think

6    it, more probably than not, that there was stereotyping

7    going on here.  And so discrimination I would say is a

8    possibility.  But beyond that I really can't go.

9        Q.    (BY MS. TURNER:)  We discussed early on in the

10   deposition the documents that you reviewed in creating

11   your report.  You've had some time to think about this.

12   Were there any -- when you talked about the documents

13   that you reviewed, do you recall -- strike that.

14           Do you know what interrogatories look like?

15   It's a legal term.

16       A.    No.

17       Q.    Do you recall looking at written answers that

18   the parties did in response to written questions?

19       A.    I'm not sure I have those.

20       Q.    Okay.

21       A.    I don't recall anything that looked like that.

22       Q.    And your testimony, let me know if I'm

23   incorrect, is that you reviewed e-mails, personnel

24   records?

25       A.    Yes.

14

## CURRICULUM VITAE

Jane A. Halpert, Ph.D.

Department of Psychology
DePaul University
2219 N. Kenmore Avenue
Chicago, Illinois 60614

Voice: (773) 325-4265
FAX: (773) 325-7888
e-mail: jhalpert@depaul.edu

### EDUCATION
1977 - 1985     Wayne State University, Detroit, Michigan.
    B.A. 1979, Psychology (with Honors)
    M.A. 1982, Industrial/Organizational Psychology. Thesis: Effects of race and job level on
      job satisfaction,
    Ph.D. 1985, Industrial/Organizational Psychology.  Dissertation: Perceived
      characteristics of effective managers as a function of technological environment

### ACADEMIC APPOINTMENTS
1992-present   Associate Professor, Department of Psychology, DePaul University, Chicago, IL.
    Duties include teaching graduate and undergraduate courses, advising,
    supervising M.A. and Ph.D. students, and research.

1986-1992     Assistant Professor, Department of Psychology, DePaul University, Chicago, IL.

1985-1986     Instructor, Department of Psychology, DePaul University, Chicago, IL

### ADMINISTRATIVE APPOINTMENTS
Director, Industrial/Organizational Psychology Program, DePaul University.  This
administrative appointment rotates among the I/O Program faculty for two-year terms.  Since
joining DePaul in 1985, I have held this position four times: 1987-1989, 1991-1993, 1998-2000,
and 2005-2007.

Director, Center for Applied Social Research, DePaul University, 1996-2001.  Projects
included:
- Consultant to Episcopal Diocese of Chicago
- Focus Group Facilitation
- Expert consultant to attorneys in Title VII employment discrimination cases

### PROFESSIONAL EXPERIENCE - APPLIED
1992-1996     Research Associate, Center for Applied Social Research, DePaul University.

1







| 1986-1995 | Psychological Research Consultant, London House, Inc., Rosemont, Illinois. |
| 1983 | Consultant and workshop leader, Pontiac General Hospital, Pontiac, Michigan. |
| 1982 | Assistant to external consultant, Ford Motor Company, Utica, Michigan. |
| 1981 - 1982 | Graduate Intern, Personnel Systems and Research, Michigan Bell Telephone Company, Detroit, Michigan. |
| 1979 - 1980 | Assistant to assessment center consultants, Burroughs Corporation, Detroit, Michigan. |

## PUBLICATIONS (refereed)

Halpert, J.A. (1990). The dimensionality of charisma. *Journal of Business and Psychology, 4(4),* 399-410.

Halpert, J.A., and Gundry, L.K. (1991). Issues and options in literacy training. *Journal of Business and Psychology, 5(4),* 489-497.

Cellar, D.F., Miller, M.L., and Halpert, J.A. (1993). Effects of type of decision and organizational outcome on observers' evaluations of the context for decision. *Psychological Reports, 72,* 335-344.

Jason, L.A., Danner, K.E., Kurasaki, K.S., Halpert, J., Weine, A.M., Warren-Sohlberg, L., and Johnson, J. (1993). A 1-year follow-up of a preventive program for high-risk transfer children. *Journal of Emotional and Behavioral Disorders, 1,* 215-221.

Halpert, J.A., Wilson, M.L., and Hickman, J.L. (1993). Pregnancy as a source of bias in performance appraisals. *Journal of Organizational Behavior, 14,* 649-663.

Kaufman, J.S., Jason, L.A., Sawlski, L.M., and Halpert, J.A. (1994). A comprehensive multi-media program to prevent smoking among black students. *Journal of Drug Education, 24(2),* 95-108.

Rospenda, K.M., Halpert, J., and Richman, J.A. (1994). Effects of social support on medical students' performances. *Academic Medicine, 69(6),* 496-500.

Halpert, J.A., and Burg, J.H. (1997) Mixed messages: Co-worker responses to the pregnant employee. *Journal of Business and Psychology, 12(2),* 241-253.

Stuhlmacher, A.F., and Halpert, J.A. (1998) Perceived fairness of arbitration: The impact of decision strategies. *Journal of Social Behavior and Personality, 13(2),* 359-373.

2

16

Jason, L.A., Fennell, P.A., Klein, S., Fricano, G., Halpert, J.A. (1999). An investigation of the different phases of the CFS illness. *Journal of Chronic Fatigue Syndrome, 5(3/4)*, 35-54.

Jason, L.A., Fricano, G., Taylor, R.R., Halpert, J., Fennell, P.A., Klein, S., & Levine, S. (2000). Chronic fatigue syndrome: An examination of the phases. *Journal of Clinical Psychology, 56(12),* 1497-1508.

Jason, L.A., Fennell, P.A., Taylor, R.R., Fricano, G., & Halpert, J.A. (2000). An empirical verification of the Fennell phases of the CFS illness. *Journal of the Chronic Fatigue Syndrome, 6(1)*, 47-56.

Grant, K., Grace, P., Trujillo, J., Halpert, J., Kessler-Cordeiro, A., Razzino, B., & Davis, T., (2002). Predicting desire for a child among low-income urban adolescent girls: Interpersonal processes in the context of poverty. *Journal of Primary Prevention, 22(4)*, 341-359.

Grant, K.E., Compas, B.E., Stuhlmacher, A.F., Thurm, A.E., McMahon, S.D., & Halpert, J.A. (2003). Stressors and child and adolescent psychopathology: Moving from markers to mechanisms of risk. *Psychological Bulletin, 129(3)*, 447-466.

Hausknecht, J.P., Halpert, J.A., DiPaolo, N.T., & Moriarty Gerrard, M.O. (2007). Retesting in selection: A meta-analysis of coaching and practice effects for tests of cognitive ability. *Journal of Applied Psychology, 92(2),* 373-385.

Nelson, C.G., Halpert, J.A., & Cellar, D.F. (2007). Organizational responses for preventing and stopping sexual harassment: Effective deterrents or continued endurance? *Sex Roles, 56,* 811-822.

Groh, D., Jason, L., Ferrari, J., & Halpert, J. (in press). The effects of 12-step participation on social support: A longitudinal investigation within a recovery home sample. *International Journal of Self Help & Self Care, 4(3).*

Halpert, J.A., Stuhlmacher, A.F., Crenshaw, J.L., Litcher, C.D., & Bortel, R. (in press). Paths to negotiation success. *Negotiation and Conflict Management Research.*

**Manuscripts under review**
McMahon, S.D., Felix, E.D., Petropoulos, L.A., & Halpert, J. Exposure to violence and aggression among urban adolescents: Normative beliefs and self-efficacy as mediators. Manuscript under review.

Halpert, J.A., Miller, L., Haynes, S., and Gerjerts, K. Retesting in selection: A meta-analysis of personality tests. Manuscript under review.

Fetters, R. I., & Halpert, J. Predicting retaliation in response to psychological contract violation.

Manuscript under review.

Miller, L., & Halpert, J.  Impression management and leader-member exchange (LMX) quality.
Manuscript under review.

Groh, D., Jason, L., Ferrari, J., & Halpert, J.  A longitudinal investigation of the predictability of
the three-factor model of the Important People Inventory.  Manuscript under review.

## PUBLICATIONS (non-refereed)
Halpert, J.A. (1992).  This is about power - not physical attraction.  Small Business Forum,
10(2), 13-14.

Halpert, J.A., & Stuhlmacher, A.F. (2004).  Teachingt the teachers: I-O in the high school
curriculum.  The Industrial-Organizational Psychologist, 42(1), 153-154.

Halpert, J., & Hausknecht, J. (2004).  What happens when applicants retest?  Issues and
outcomes of repeated testing.  PTC Newsletter, XXVII(12), 4.

### Manuscripts in Preparation
Halpert, J.A. and Stuhlmacher, A.F.  A task typology for integrative negotiation research.

Halpert, J.A., and Morrissett, M.  Subject pool responses across the academic term

## PRESENTATIONS (refereed)
Barclay, L. A., Fields, M. W., and Halpert, J. A. (1981, April). Perceived differences in job
isolation and related satisfaction for different racial groups.  Paper presented at the
meeting of the Midwest Academy of Management, Chicago.

Barclay, L. A., Fields, M. W., and Halpert, J. A. (1981, April).  The impact of gender, perceived
female isolation and beliefs in traditional roles for women on job satisfaction.  Paper
presented at the meeting of the Midwestern Psychological Association, Detroit.

Halpert, J. A. (1986, November).  Perceptions of high tech.  Paper presented at the meeting of
the Illinois Psychological Association, Chicago.

Latham, V. M., Simerson, G. R., & Halpert, J. A. (1988, April).   Recruitment sources' effects on
job attitudes: Is there evidence for the realism approach?  Paper presented at the meeting
of the Midwestern Psychological Association, Chicago.

Jason, L. A., Johnson, J., Weine, A., Halpert, J., & Betts, D. (1989, April).  Follow-up of a
preventive intervention for high risk transfer children.  Paper presented at the meeting of

18

the Society for Research in Child Development, Kansas City, MO.

Johnson, J., Halpert, J., & Jost, S. (1989, June). Structural equation models and cluster analyses. Paper presented at the Second Biennial Conference on Community Research & Action, East Lansing, MI.

Porter, A., Halpert, J., Blumberg, A., Zolik, E., & Sargeant, G. (1989, October). Evaluation of an academic nuclear technology and arms control program. Paper presented at the meeting of the American Public Health Association, Chicago.

Halpert, J., Zolik, E., Porter, A., Blumberg, A., & Sargeant, G. (1989, October). Nuclear issues/Peace education programs and the modification of attitudes and perceptions. Paper presented at the meeting of the American Public Health Association, Chicago.

Halpert, J., Zolik, E., & Blumberg, A. (1990, August). Evaluation of a peace education program: Results, problems, and needs. Paper presented at the meeting of the American Psychological Association, Boston.

Gundry, L.K., & Halpert, J.A. (1991, June). Literacy training in organizations: Preparing for Workforce 2000. Paper presented at annual conference of the International Personnel Management Association Assesment Council, Chicago.

Halpert, J.A., & Allscheid, S.P. (1991, August). Temporal dynamics of subject pool research. Paper presented at the meeting of the American Psychological Association, San Francisco.

Halpert, J.A., Wilson, M.L., & Hickman, J.L. (1991, August). Pregnancy as a source of bias in performance appraisals. Paper presented at the meeting of the American Psychological Association, San Francisco.

Horowitz, D.B., & Halpert, J.A. (1991, August). Applications of Job Characteristics Theory in job design. Paper presented at the meeting of the American Psychological Association, San Francisco.

Salmons, S., Halpert, J., Sheehan, D., & Caruso, K. (1992, March). Are pregnant women being discriminated against in academia? Paper presented at the I/O Psychology and Organizational Behavior Graduate Student Conference, Roanoke, Virginia.

Johnson, J.H., Jason, L.A., & Halpert, J. (1992, April). Developing a model of transfer student adjustment using path analysis. Paper presented at the meeting of the Western Psychological Association, Portland, Oregon.

Halpert, J.A., & Hickman, J.L. (1993, March). Experiences of pregnant women in the workplace. Paper presented at the Industrial/Organizational Psychology and Organizational Behavior Graduate Student Conference, Toronto.

19

Hickman, J.L., Halpert, J.A., & Cellar, D. (1994, June).  The importance of gender expectations to delegation outcomes.  Paper presented at the Conference of the American Psychological Society.

Whalen, D.J., Halpert, J.A., & Nitterhouse, D. (1994, November).  The effect of source leadership in group decision support software: A classroom approach.  Paper presented at the meeting of the Southern Marketing Association, New Orleans.

Stuhlmacher, A.F., and Halpert, J.A.  (1996, May).  Perceived fairness of conflict resolution: The impact of decision strategies.  Paper presented at the meeting of the Midwestern Psychological Association, Chicago.

Halpert, J.A., Stuhlmacher, A.F., and Walters, A.E. (1997, April).  Win, lose, or compromise: A reconceptualization of integrative negotiation.  Paper presented at the meeting of the Society for Industrial and Organizational Psychology, St. Louis.

Grant, K.E., Grace, P., Trujillo, J., and Halpert, J.  (1997, August).  Role of parents and boyfriends in predicting teen pregnancy.  Paper presented at the meeting of the American Psychological Association, Chicago.

Halpert, J.A., Stuhlmacher, A.F., Bortel, R., Itaya, F., Crenshaw, J.L., & Litcher, C. (2002, April).  Negotiation: Meta-analyses and a path model.  Paper presented at the meeting of the Society for Industrial and Organizational Psychology, Toronto.

Stuhlmacher, A.F., Halpert, J.A., Bortel, R., Itaya, F., Crenshaw, J.L., & Litcher, C.  (2002, August).  Relationships and negotiation: Meta-analyses and a path model.  Paper presented at the meeting of the American Psychological Association, Chicago.

Halpert, J.A. (2002, August).  Equality vs. equity: Should graduate students duke it out for funding?  In A. F. Stuhlmacher (Chair), Graduate study in I/O Psychology: The issue of student funding.  Symposium presented at the meeting of the American Psychological Association, Chicago.

Halpert, J.A., Franze, I.J., & Matuszewska, A.M. (2003, May).  Working while pregnant: How your coworkers see you.  Paper presented at the meeting of the Midwestern Psychological Association, Chicago.

Grant, K.E., Compas, B.E., Stuhlmacher, A.F., Thurm, A.E., McMahon, S., Halpert, J.A., Gipson, P., & Campbell, A. (2003, May).  Meta-analysis of family processes as mediators of the relation between poverty and child/adolescent psychopathology.  Paper presented at the meeting of the Midwestern Psychological Association, Chicago.

Tracy, R.J., Patterson, B.G., & Halpert, J.A. (2003, May).  A truth-based approach for identifying the best and worst proverbs.  Paper presented at the meeting of the

Midwestern Psychological Association, Chicago.

Halpert, J.A., & Stuhlmacher, A.F. (2004, April). Teaching Institute: Industrial/Organizational Psychology in the high school curriculum. Workshop presented at the meeting of the Society for Industrial/Organizational Psychology, Chicago.

Hausknecht, J.P., Halpert, J.A., Harder, B., Kuljanin, G., & Moriarty, M. (2005, April). Issues in repeated testing: Test attitudes and applicant reactions. Paper presented at the meeting of the Society for Industrial/Organizational Psychology, Los Angeles.

Halpert, J.A. (2005, April). I/O psychology at the bachelor's degree level: effective education for most of our students. Paper presented at the meeting of the Society for Industrial/Organizational Psychology, Los Angeles.

Halpert, J.A., Gerjerts, K.G., Miller, L., Fritts, T., & Hausknecht, J.P. (2007, April). Antecedents and outcomes of selection practice effects. Paper presented at the meeting of the Society for Industrial/Organizational Psychology, New York.

Sidle, S.D., Barnes-Farrell, J.L., Baltes, B.B., Halpert, J.A., & Huelsman, T.J. (2007, April). To PhD or not to PhD. Panel discussion presented at the meeting of the Society for Industrial/Organizational Psychology, New York.

Halpert, J.A., Gerjerts, K.G., Miller, L., Lukasik, M., & Fritts, T. (2008, April). Personality tests used for selection: Practice effects. Paper presented at the meeting of the Society for Industrial/Organizational Psychology, San Francisco.

Halpert, J.A., Stuhlmacher, A., Crenshaw, J., Litcher, C., Bortel, R. (2008, April). Paths to negotiation success. Poster presented at the meeting of the Society for Industrial/Organizational Psychology, San Francisco.

Rudolph, C., Halpert, J., & Wynne, K. (2009, April). I don't like where you're from: Evaluations of Arabic applicants. Poster accepted for presentation at the meeting of the Society for Industrial/Organizational Psychology, New Orleans.

## PRESENTATIONS (non-refereed)

Whalen, D.J., Nitterhouse, D., and Halpert, J.A. (1994, November). The Kemper Foundation Project: Vision Quest and business ethics. Paper presented at the conference on Teaching and Training Business Ethics in the 90's and Beyond: Issues, Strategies and Tactics, Chicago

Halpert, J. (1997, October). Diocesan funding in the Episcopal Church. Paper presented at Grantees' Conference, Lilly Endowment, Indianapolis.

Halpert, J.A. (2001, May). Members and employees: Organizational commitment among clergy.

Paper presented at the symposium *Reinventing human resources: Adjusting to the changing economy*, DePaul University MSHR Program, Chicago.

## EXTERNAL GRANTS

Diocesan Funding in the Episcopal Church. Lilly Endowment Grant #940374, September 1, 1994 - August 31, 1996, $99,924. Principal Investigator

Kemper Foundation: Development and Testing of an Ethical Decision-Making Simulation Experience. 1992, $10,000. Co-Principal Investigator

Minority Predoctoral Fellowship Program. National Heart, Lung, and Blood Institute, National Institutes of Health, Fellowship # HL08815-02, August 31, 1995 - August 30, 1997. $52,542. Principal Investigator

## INTERNAL GRANTS

| | | |
|---|---|---|
| 1989 | Quality of Instruction Council, ICPSR Workshop | $1,600 |
| 1990 | Summer Faculty Research and Development Grant | $4,000 |
| 2007 | Quality of Instruction Council, Departmental Initiative Grant, Software for Departmental Research. | $7,500 |
| 2009 | Research Leave for Spring Quarter, 2009. | |

## AWARDS AND RECOGNITIONS

| | |
|---|---|
| 1997 | Nominated for DePaul Excellence in Teaching Award |
| 1998 | Nominated for DePaul Excellence in Teaching Award |
| 2008 | Nominated for DePaul Excellence in Teaching Award |
| 2008 | Nominated for Society for Industrial-Organizational Psychology Distinguished Teaching Award |

## MEMBERSHIPS

American Psychological Association
Society for Industrial and Organizational Psychology
Academy of Management
Midwestern Psychological Association
Chicago Industrial/Organizational Psychologists

## REVIEWER

Journal of Business Ethics
American Educational Research Journal
Journal of Experimental Social Psychology
Academy of Management (Conference)
Society for Industrial and Organizational Psychology (Conference)
Midwestern Psychological Association (Conference)

Rev. 2/13/09