AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

NORMA MAXWELL,

        Plaintiff,

        v.

VIRTUAL EDUCATION SOFTWARE, INC.,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-173-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Defendant is liable to Plaintiff for violation of the Washington Law Against Discrimination, chapter 49.60 RCW, in the amounts of $17,400 in past benefits, $65,991.00 in past wages, and $48,724.00 in one year of future wages and benefits. The Court also awards Ms. Maxwell reasonable attorney fees in an amount to be determined at a later time and her costs of action, subject to Plaintiff submitting a verified bill of costs form to the Clerk's Office pursuant to LR 54.1. Plaintiff's claims for negligent infliction of emotional distress and intentional infliction of emotional distress are dismissed with prejudice.

October 26, 2010
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer