AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

NORMA MAXWELL,

        Plaintiff,

v.

VIRTUAL EDUCATION SOFTWARE, INC.,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-173-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED The Court awards Plaintiff $178,093.00 in attorneys' fees and $11,339.13 in costs. Post-judgment interest on Plaintiff's attorneys' fees and costs shall accrue at a rate of .22% per annum.

| | |
|---|---|
| January 5, 2011 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Linda L. Hansen |
| | *(By) Deputy Clerk* |
| | Linda L. Hansen |